IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN BENNIS, PHIL PAQUETTE,
STEVE BECHER, DALE PETERSON
and BLAKE MARTIN,

                                 ORDER

              Plaintiffs,

                                 09-cv-642-slc

     v.

TOTAL ADMINISTRATIVE SERVICES
CORPORATION,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

    Entered this 14th day of June, 2010.

                                   BY THE COURT:
                                   /s/
                                   BARBARA B. CRABB
                                   District Judge